NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**M2M SOLUTIONS LLC,**
*Appellant*

**v.**

**AMAZON.COM, INC.,**
*Appellee*

---

2019-2246, 2019-2247, 2019-2248

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-01891, IPR2017-01892, IPR2017-01893.

---

## JUDGMENT

---

MARC N. HENSCHKE, Cantor Colburn LLP, Hartford, CT, argued for appellant.  Also represented by ANDREW C. RYAN.

CHRISTINA JORDAN MCCULLOUGH, Perkins Coie, LLP, Seattle, WA, argued for appellee.  Also represented by DANIEL T. SHVODIAN, Palo Alto, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LINN, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


September 11, 2020          /s/ Peter R. Marksteiner
        Date               Peter R. Marksteiner
                           Clerk of Court